# Petty Offense Docket Sheet and Judgment Order
## For 07/12/2017 at 09:30 AM Hearing Site: MLAL District: ALABAMA SOUTHERN
## Magistrate Judge: HON BERT W MILLING JR 28RD

| Citation | Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| SA30 6290837 FTA | M | ALEXANDER, BRYCE A<br>1905 GRAVELINE RD<br>GAUTIER, MS 39553<br>SSN:<br>Drivers License: #####4321 MS | POSSESSION OF MARIJUANA<br>50CFR27.82(b)(2)<br>Issued: 05/20/2017 by BARRETT<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA30 6290836 FTA | M | CLARK, JOHN C<br>9528 FERRY POINT RD<br>GAUTIER, MS 39553<br>SSN: ###-##-9175<br>Drivers License: #####1034 MS | POSSESSION OF MARIJUANA<br>50CFR27.82(b)(2)<br>Issued: 05/20/2017 by BARRETT<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA30 6290838 FTA | M | GRIGGS, JUSTIN M<br>501 E 21ST AVE<br>GULF SHORES, AL 36542<br>SSN:<br>Drivers License: #####1133 TN | POSSESSION OF MARIJUANA<br>50CFR27.82(b)(2)<br>Issued: 05/20/2017 by BARRETT<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA40 6226731 FTA | M | SMITH, CHARLES S<br>9341 1ST AVE<br>IRVINGTON, AL 36582<br>SSN: ###-##-8384<br>Drivers License: | DISORDERLY CONDUCT<br>41CFR102-74.390<br>Issued: 05/01/2017 by PARNELL<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued.  Applicable processing fee printed above.

## Petty Offense Docket Sheet and Judgment Order
### For 07/12/2017 at 09:30 AM Hearing Site: MLAL District: ALABAMA SOUTHERN
### Magistrate Judge: HON BERT W MILLING JR 28RD

| Hrg Citation Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued.  Applicable processing fee printed above.

# Signature Page for:
# Petty Offense Docket Sheet and Judgment Order

**District:** ALABAMA SOUTHERN

**Magistrate Judge:** HON BERT W MILLING JR

**Magistrate Code:** 28RD

**Hearing Site:** MLAL

**Date:** 07/12/2017

**Time:** 09:30 AM

**Tape Number(s)** _____

**Time in Court: Hours:** _____   **Minutes:** _____

**Presiding Judge:** _____   **Date:** _____

NOTE: The dispositions recorded on this docket along with the time on bench are used for MJSTAR reporting purposes. Only dispositions that indicate a defendant appeared in court while the judge was on the bench are counted for MJSTAR purposes. Generally, those dispositions begin with either a P or a T. Please contact the Central Violations Bureau at 800-827-2982 with any questions.